UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREGORY A. WRIGHT,

        Plaintiff,

v.

KING COUNTY, et al.,

        Defendants.

Case No. 2:18-cv-00737-JLR-BAT

**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS**:

(1) The Court adopts the Report and Recommendation;

(2) The motion for summary judgment of Defendants Emmanuel Hebron, David McKenney, Anthony Spivey, King County, and the Maleng Regional Justice Center (Dkt. 21) is **GRANTED**. Plaintiff's claims are **dismissed without prejudice** for failure to exhaust administrative remedies.

(3) The Clerk of Court is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 7th day of Jan., 2019.

                              JAMES L. ROBART
                              United States District Judge

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT - 1